**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq.
Gregory A. Kopacz, Esq.
101 Park Avenue, 28th Floor
New York, New York 10178
(212) 643-7000 (Telephone)
E-mail. steele@sillscummis.com
      gkopacz@sillscummis.com

*Attorneys for Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NINETY-FIVE MADISON COMPANY, L.P.<br><br>                Debtors. | Chapter 11<br><br>Case No. 21-10529 (SHL) |
| VITRA, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>NINETY-FIVE MADISON COMPANY, L.P.,<br>RAS PROPERTY MANAGEMENT, LLC,<br>and RITA SKLAR<br><br>                Defendants. | Adv. Pro. No. 21-01186 (SHL) |

**PLAINTIFF VITRA, INC.'S REQUEST TO ENTER DEFAULT JUDGMENT
AGAINST DEFENDANTS NINETY-FIVE MADISON COMPANY, L.P.,
<u>RAS PROPERTY MANAGEMENT, LLC, AND RITA SKLAR</u>**

To:    The Clerk of the Court
        United States Bankruptcy Court
        One Bowling Green
        New York, NY 10004-1408

        Plaintiff Vitra, Inc. hereby requests that the Clerk enter the default of Defendants Ninety-Five Madison Company, L.P., RAS Property Management, LLC, and Rita Sklar pursuant to Fed

8411969

R. Civ. P. 55(a), made applicable hereto by Fed R. Bankr. P. 7055, and Rules 7055-1 and 7055-2 of the Local Bankruptcy Rules for the Southern District of New York, based on their failure to plead, answer or otherwise defend as appears from the attached certification.

Dated: November 2, 2021　　　　　　　　**SILLS CUMMIS & GROSS P.C.**

/s/ *S. Jason Teele*
S. Jason Teele, Esq.
Gregory A. Kopacz, Esq.
101 Park Avenue, 28th Floor
New York, New York 10178
(212) 643-7000 (Telephone)

*Attorneys for Plaintiff*

**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq.
Gregory A. Kopacz, Esq.
101 Park Avenue, 28th Floor
New York, New York 10178
(212) 643-7000 (Telephone)
E-mail. steele@sillscummis.com
         gkopacz@sillscummis.com

*Attorneys for Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> NINETY-FIVE MADISON COMPANY, L.P. <br><br> Debtors. | Chapter 11 <br><br> Case No. 21-10529 (SHL) |
| VITRA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NINETY-FIVE MADISON COMPANY, L.P., RAS PROPERTY MANAGEMENT, LLC, and RITA SKLAR <br><br> Defendants. | Adv. Pro. No. 21-01186 (SHL) |

**CERTIFICATION IN SUPPORT OF ENTRY OF DEFAULT**
**AGAINST DEFENDANTS NINETY-FIVE MADISON COMPANY, L.P.,**
**RAS PROPERTY MANAGEMENT, LLC, AND RITA SKLAR**

S. JASON TEELE hereby certifies pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of Sills Cummis & Gross P.C., counsel to Plaintiff Vitra, Inc. ("**Vitra**"). I have personal knowledge of the facts and circumstances recited herein. I submit this certification in support of Vitra's request for the entry of default, pursuant to Fed R. Civ. P. 55(a), made applicable hereto by Fed R. Bankr. P. 7055, and Rules 7055-1 and 7055-2 of the Local

8411969

Bankruptcy Rules for the Southern District of New York, against Defendants Ninety-Five Madison Company, L.P. (the "**Debtor**"), RAS Property Management, LLC ("**RAS**"), and Rita Sklar (collectively with the Debtor and RAS, the "**Defendants**").

2. On March 22, 2021, the Debtor filed a voluntary chapter 11 petition in this Court. The Debtor is operating its business and managing its assets as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. On September 13, 2021, Vitra commenced the instant adversary proceeding by filing a complaint against the Defendants (the "**Complaint**") [Docket No. 1].

4. On September 14, 2021, the clerk of the court issued a summons [Docket No. 2], and, as evidenced by the certification of service on file with the Court [Docket No. 3], Vitra served all Defendants with a copy of the summons and the Complaint.

5. On October 14, 2021, Vitra and the Defendants entered into a stipulation seeking to extend the Defendants' deadline to answer, move or otherwise response to the Complaint until October 28, 2021 (the "**Stipulation**") [Docket No. 4].

6. On October 19, 2021, the Court entered an order approving the Stipulation [Docket No. 5].

7. As appears from the docket, the Defendants have failed to answer, move, or otherwise respond to the Complaint and the time for them to do so has expired and has not been further extended by stipulation of the parties or order of the Court.

8. Upon information and belief, none of the Defendants is an infant, in the military or an incompetent person.

9. Based on the foregoing, Vitra respectfully requests that the clerk enter the default of the Defendants pursuant to Fed R. Civ. P. 55(a), made applicable hereto by Fed R. Bankr. P. 7055, and Rules 7055-1 and 7055-2 of the Local Bankruptcy Rules for the Southern District of New York.

Dated: November 2, 2021                    /s/ *S. Jason Teele*
                                                         S. Jason Teele, Esq.