Andrew K. Glenn
Shai Schmidt
Rich Ramirez
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
55 Hudson Yards
20th Floor
New York, New York 10001
Telephone: (212) 358-5600

*Counsel to Debtor Ninety-Five Madison Company, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| NINETY-FIVE MADISON COMPANY, L.P., | Case No. 21-10529 (SHL) |
| Debtor. | |
| VITRA, INC., | Adv. Pro. No. 21-01186 (SHL) |
| Plaintiff, | |
| NINETY-FIVE MADISON COMPANY, L.P., RAS PROPERTY MANAGEMENT, LLC, and RITA SKLAR, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, NAZNEN RAHMAN, certify under penalty of perjury, that on November 3, 2021, a true and correct copy of the *Letter From Andrew K. Glenn to Hon. Sean H. Lane Requesting That the Court Vacate the Entry of Default* [Adv. Pro. Dkt. No. 11] was filed electronically with the Clerk of the Court using the CM/ECF system, and all interested parties of record were electronically served via CM/ECF. I further certify that on November 3, 2021, a true and correct copy of the

foregoing filing was served via electronic mail upon the party identified on the service list attached hereto as Exhibit A.  I further certify that on November 4, 2021, a true and correct copy of the foregoing filing was served via First Class Mail upon the party identified on the service list attached hereto as Exhibit B.

   Dated: November 5, 2021
         New York, New York

                                              /s/ Naznen Rahman
                                              Naznen Rahman

## Exhibit A

**Via Electronic Mail**

| Description | Name | Email |
|---|---|---|
| Vitra, Inc. | Jason Teele | steele@sillscummis.com |

## **Exhibit B**

**Via First Class Mail**

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014